G. B. MORRIS, Appellant, v. Lula Mae MORRIS, Appellee. (No. 7869.)

Court of Civil Appeals of Texas. San Antonio. Dec. 5, 1927.

Appeal from Seventy-Third District Court, Bexar County; Robt. W. B. Terrell, Judge.

Barrett, Barrett & Taylor, of San Antonio, for appellant.

Leonard Brown, of San Antonio, for appellee.

FLY, C. J. Appellant sought to obtain a divorce from appellee on account of abusive language used by her and other conduct rendering their living together insupportable.

The court heard the testimony and refused to grant a divorce.

No briefs have been filed in this court, and, no errors being apparent of record, the judgment will be affirmed.